**Evey M. Sternberg, Plaintiff-Appellant, v. Robert M. Sternberg, Defendant-Appellee.**

**Gen. No. 67–22. (Abstract of Decision.)**

Third District.

January 18, 1968.

James E. Sutherland, of Peoria, for appellant; Smith, Whitney & Church, of Peoria, for appellee. Opinion by PRESIDING JUSTICE STOUDER. Not to be published in full.